KEVIN V. RYAN (CSBN 118321)
United States Attorney

JAY R. WEILL  (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

EMILY J. KINGSTON (CSBN 184752)
Assistant United States Attorney

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000
Telefax: (415) 436-6748
Email: emily.kingston@usdoj.gov

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                    ) | No. C-03-4393 CRB |
| Plaintiff,                    ) | |
| v.                    ) | |
| MONICO TORRES ROMERO; RAFAELA ROMERO; M&R FARMS; LUIS T. ROMERO; AND COMMERCIAL CREDIT RECOVERY SERVICE,                    ) | PARTIES' STIPULATION TO DISMISS WITHOUT PREJUDICE AND [Proposed] ORDER THEREON |
| Defendants.                    ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that the above-captioned matter, may and should be dismissed without prejudice, with each party to bear its own attorneys fees and costs.

///

///

///

///

*Stipulation to Dismiss Without Prejudice and Order*
*Case No. C-03-4393 CRB*

IT IS FURTHER HEREBY STIPULATED AND AGREED that this action shall be dismissed with prejudice when the terms of the Stipulated Judgment entered by the Court against Monico Torres Romero on March 1, 2005, are fully satisfied.

**IT IS SO STIPULATED.**

KEVIN V. RYAN
United States Attorney

DATED: *June 8, 2005*   By:   */s/ Emily J. Kingston*
EMILY J. KINGSTON
Assistant United States Attorney

Attorneys for the United States of America

DATED: *June 6, 2005*   */s/ Monico Torres Romero*
MONICO TORRES ROMERO
Defendant in Pro Se

DATED: *June 6, 2005*   */s/ Monico Torres Romero*
MONICO TORRES ROMERO
On Behalf of M&R Farms
Defendant in Pro Se

DATED: *March 22, 2005*   */s/ Rafaela Romero*
RAFAELA ROMERO
Defendant in Pro Se

DATED: *March 22, 2005*   */s/ Luis T. Romero*
LUIS T. ROMERO
Defendant in Pro Se

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the Stipulation of the Parties, as reflected above,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, with each side to bears its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: June 09, 2005
THE NO.   CHARLES R. BREYER
United States District Judge

*Stipulation to Dismiss Without Prejudice and Order*
*Case No. C-03-4393 CRB*                                2